[No. 28578-9-II. Division Two. September 9, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN A. LINDMARK, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 01-1-00048-9, Toni A. Sheldon, J., entered April 3, 2002. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 29230-1-II. Division Two. September 9, 2003.]

MUTUAL OF ENUMCLAW INSURANCE COMPANY, *Respondent*, v. KALIN HUDDLESTON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-06105-8, Thomas Felnagle, J., entered August 15, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ. Now published at 119 Wn. App. 122.

[No. 29334-0-II. Division Two. September 9, 2003.]

EXXON MOBIL CORPORATION, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-2-00219-3, Wm. Thomas McPhee, J., entered September 18, 2002. *Reversed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Seinfeld, J.

[No. 29547-4-II. Division Two. September 9, 2003.]

MICHELLE M. FIELDS, *Appellant*, v. ANTON KNAUSS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-08077-0, Marywave Van Deren, J., entered October 25, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Seinfeld, J.